**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| DONNA R. STEVENS,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW M. SAUL, Commissioner of the Social Security Administration,<br><br>    Defendant. | Case No. EDCV 19-0809-AS<br><br>**JUDGMENT** |

IT IS ADJUDGED that this action is DISMISSED with prejudice.

Dated: April 30, 2020

                              /s/
                         ALKA SAGAR
                 UNITED STATES MAGISTRATE JUDGE